UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-04907-ODW (AS) | Date | August 13, 2014 |
|---|---|---|---|
| Title | Miguel Anguiano-Jimenez v. United States of America | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**   (IN CHAMBERS) SECOND ORDER TO SHOW CAUSE

On June 24, 2014, Miguel Anguiano-Jiminez ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition"), and an accompanying affidavit, pursuant to 28 U.S.C. § 2241 (Docket Entry Nos. 1-2). Petitioner, who is confined in the Central District of California, challenges the validity of his conviction for re-entering the United States after being removed, in violation of 8 U.S.C. § 1326, and the 46-month sentence imposed for that conviction by the United States District Court for the District of Arizona. (Pet. 3-4).

On July 2, 2014, the Court issued an Order to Show Cause why this action can proceed under § 2241 or why, in the alternative, it should not be transferred to the United States District Court for the District of Arizona (Docket Entry No 4). On August 11, 2014, Petitioner filed a "Motion of Order to Show Cause" (Docket Entry No. 5) in which he presents the same arguments raised in his Petition and fails to address the Court's July 2, 2014 Order addressing whether this Court has jurisdiction over the Petition.

Rather than dismiss the action under Rule 4, the Court will give Petitioner one final opportunity to explain **why this action can proceed under § 2241 or why, in the alternative, it should not be transferred to the United States District Court for the District of Arizona.** See the Court's July 2, 2014 Order for details. Petitioner is directed to submit a supplemental statement to the Court (not to exceed 10 pages excluding attachments) by or before September 3, 2014 specifically addressing the issue of this Court's jurisdiction over the Petition.

Instead of filing a response to the instant Order, Petitioner may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.

**Petitioner is expressly warned that failure to timely file a response to this Order may result in a recommendation that this action be dismissed without prejudice for his failure to comply with Court orders and failure to prosecute. See Fed. R. Civ. P. 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-04907-ODW (AS) | Date | August 13, 2014 |
|---|---|---|---|
| Title | Miguel Anguiano-Jimenez v. United States of America | | |

\* \* \*

      The Court directs the Clerk to serve the petition and supporting materials on the Office of the United State Attorney.  The assigned Assistant United States Attorney will file a notice of appearance within 14 days.  However, **no response from the United States Attorney will be required** until further notice from the Court.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |