1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL ANGUIANO-JIMENEZ, | ) No. CV14-4907-ODW (AS) |
| Petitioner, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) **JUDGMENT** |
| Respondent. | ) |

Pursuant to the "Order Denying and Dismissing Petition for Lack of Jurisdiction," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 26, 2014.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE